PRUDENTIAL INSURANCE COMPANY OF AMERICA,
APPELLEE, *v.* HOUK, APPELLANT, ET AL.

[Cite as *Prudential Ins. Co. of Am. v. Houk* (1993), 68 Ohio St.3d 108.]

(No. 93–955—Submitted December 7, 1993—Decided December 29, 1993.)

*John W. Ergazos,* for appellant.

The motion to certify the record is allowed and the judgment of the court of appeals is reversed on authority of *Aetna Life Ins. Co. v. Schilling* (1993), 67 Ohio St.3d 164, 616 N.E.2d 893.

MOYER, C.J., DOUGLAS, RESNICK and PFEIFER, JJ., concur.

A.W. SWEENEY, WRIGHT and F.E. SWEENEY, JJ., dissent for the reasons stated in the dissenting opinions of A.W. SWEENEY and WRIGHT, JJ., in *Aetna Life Ins. Co. v. Schilling* (1993), 67 Ohio St.3d 164, 168–174, 616 N.E.2d 893, 896–900.